UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

```
STEVEN SPANN, LINDA SMITHSON,    )
and ORVAL SESLER,                )
                                 )
        Plaintiffs               )
                                 )     Case 3:10-1115
v.                               )     Judge Nixon/Brown
                                 )     Jury Demand
DICKSON COUNTY, TENNESSEE,       )
and JERRY BURGESS,               )
                                 )
        Defendants               )
```

**O R D E R**

A telephone conference was held in this matter on July 13, 2011. The parties advised that they had taken some written discovery and had the bulk of their depositions scheduled for August. The parties advised that settlement discussions would be more productive once they completed that initial round of depositions.

The parties are advised that the Magistrate Judge stands ready to assist with alternative dispute resolution at their request.

At the present time there is no need to change the scheduling order in any way.

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge