IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEVEN SPANN; LINDA )
SMITHSON;[1] and ORVAL SESLER )
) No. 3-10-1115
v. )
)
DICKSON COUNTY, TENNESSEE; )
and JERRY BURGESS )

O R D E R

Pursuant to the order entered March 4, 2013 (Docket Entry No. 64), counsel for the parties called the Court on March 8, 2013, at which time they reported on the status of their continued settlement conversations.

Counsel for the parties shall call the Court again on **Monday, March 25, 2013, at 9:00 a.m.,** to be initiated by defendant's counsel, to address the remaining potential for settlement and rescheduling the trial if appropriate.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] The claims of plaintiff Smithson were dismissed by order entered September 28, 2012 (Docket Entry No. 51).