IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| STEVEN SPANN and ORVAL SESLER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | No. 3:10-cv-01115 |
| v. ) | |
| ) | Judge Nixon |
| DICKSON COUNTY, TENNESSEE and ) | Magistrate Judge Brown |
| JERRY BURGESS, ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

## ORDER

The Parties to this action have filed a Stipulation of Dismissal, in which they request the Court dismiss all remaining claims in the above-captioned case with prejudice. (Doc. No. 72.) The Parties state they have reached a settlement with each party to bear its own costs and attorney's fees. (*Id.*) Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the case is **DISMISSED with prejudice**. The Clerk is **DIRECTED** to close the case.

It is so ORDERED.

Entered this ___16th___ day of October, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT